**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>*Defendants*. | Case No. 18-1870 (EGS) |

**NOTICE OF FILING OF PROOF OF SERVICE**

Plaintiff, Democracy Forward Foundation, by counsel, respectfully submits the attached Declaration of Sonora M. Taffa as proof that service of process has been effectuated on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, the U.S. Department of the Interior, and the U.S. Bureau of Land Management in the above-captioned matter.

Dated: August 21, 2018

Respectfully submitted,

/s/ *Javier M. Guzman*
Javier M. Guzman (D.C. Bar No. 462679)
Travis Annatoyn* (*pro hac vice* motion forthcoming)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC  20043
(202) 448-9090
jguzman@democracyforward.org
tannatoyn@democracyforward.org

*Admitted in New York; practicing under the supervision of members of the D.C. Bar while D.C. Bar application is pending.