**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>*Defendants.* | Case No. 18-1870 (EGS) |

## **DECLARATION OF SONORA M. TAFFA**

I, SONORA M. TAFFA, declare as follows:

1. My name is Sonora M. Taffa. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. On August 9, 2018, Plaintiff, Democracy Forward Foundation, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, the U.S. Department of the Interior, and the U.S. Bureau of Land Management by Certified U.S. Mail.

3. According to the U.S. Postal Service Track and Confirm Sheet ("U.S.P.S. Tracking"), copies of the complaint and summons were delivered to the U.S. Attorney for the District of Columbia at 555 4th Street N.W., Washington, D.C. 20530, on August 20, 2018.

4. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on August 20, 2018.

5. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20240, on August 20, 2018.

6. According to U.S.P.S. Tracking, copies of the complaint and summons were delivered to the U.S. Bureau of Land Management, 1849 C Street, N.W., Washington, D.C. 20240, on August 20, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2018 in Washington, D.C.

*/s/ Sonora M. Taffa*
Sonora M. Taffa